FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In the Matter of: ALEXIS MAGER LAKUSTA, <br><br> Debtor, <br><br>————————————— <br><br> ALEXIS MAGER LAKUSTA, <br><br> Appellant, <br><br> v. <br><br> MARK H. EVANS; et al., <br><br> Appellees. | No. 07-17014 <br><br> D.C. No. CV-07-00227-SBA <br><br> MEMORANDUM [*] |

Appeal from the United States District Court
for the Northern District of California
Saundra Brown Armstrong, District Judge, Presiding

Submitted April 5, 2010[**]

———————————

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before:      RYMER, McKEOWN, and PAEZ, Circuit Judges.

Alexis Mager Lakusta appeals pro se from the district court's judgment affirming the bankruptcy court's order dismissing his Chapter 7 case. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review decisions of the bankruptcy court independently without deference to the district court's determinations. *Leichty v. Neary (In re Strand)*, 375 F.3d 854, 857 (9th Cir. 2004). We affirm.

The bankruptcy court did not improperly dismiss Lakusta's claims on any of the grounds asserted.

Evans's request for sanctions is denied.

**AFFIRMED**.